## McGAW v STATE

Ohio Supreme Court

No 22376. Decided Jan. 21, 1931

Marshall, CJ, Jones, Day, Allen and Robinson, JJ, concur. Matthias, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**